FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 23 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
v. )
) 2:10-CR-585-RLH (PAL)
ANTIONE HALL, a/k/a "Bookworm," )
)
      Defendant. )

## ORDER OF FORFEITURE

This Court found on June 14, 2011, that ANTIONE HALL, a/k/a "Bookworm", shall pay a criminal forfeiture money judgment of $5,100.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Sections 853(a)(1) and (p). Docket #59.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANTIONE HALL, a/k/a "Bookworm", a criminal forfeiture money judgment in the amount of $5,100.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 21, United States Code, Sections 853(a)(1) and (p).

DATED this 23 day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE