✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 1 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE MONTES,<br>a.k.a. Jaime, a.k.a. Camotes,<br><br>　　　　Defendant. | 2:10-CR-585-RLH (PAL) |

## ORDER OF FORFEITURE

On October 21, 2011, defendant JORGE MONTES, a.k.a. Jaime, a.k.a. Camotes, pled guilty to Count Ten of a Seventeen-Count Criminal Indictment charging him in Count Ten with Distribution of a Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1) and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Indictment and agreed to in the Plea Memorandum.

This Court finds that JORGE MONTES, a.k.a. Jaime, a.k.a. Camotes shall pay a criminal forfeiture money judgment of $9,400.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1).

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JORGE MONTES, a.k.a. Jaime, a.k.a. Camotes a criminal forfeiture money judgment in the amount of $9,400.00 in United States Currency.

DATED this 20 day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE