**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRANDON JOHNSON, )<br>a.k.a. Spank )<br>)<br>Defendant. ) | 2:10-CR-585-RLH (PAL) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on February 22, 2012, defendant BRANDON JOHNSON, a.k.a. Spank, pled guilty to Count Nine of a Seventeen-Count Criminal Indictment charging him in Count Nine with Distribution of 58 Grams of Cocaine Base, in violation of Title 21, United States Code, Section 841(a)(1).

This Court finds defendant BRANDON JOHNSON, a.k.a. Spank, agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment and in the Plea Memorandum. Docket #1, #88.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Plea Memorandum and the offense to which defendant BRANDON JOHNSON, a.k.a. Spank, pled guilty.

. . .

1    The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section
2    853(a)(1); and Title 21, United States Code, Section 853(p): an *in personam* criminal forfeiture
3    money judgment of $13,800.00 in United States Currency, including:

4          a.      $3,630.00 in United States Currency seized from defendant's residence on July
5                23, 2010 ("property").

6    This Court finds the United States of America is now entitled to, and should, reduce the
7    aforementioned property to the possession of the United States of America.

8    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
9    United States of America should seize the aforementioned property.

10   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
11   BRANDON JOHNSON, a.k.a. Spank, in the aforementioned property is forfeited and is vested in
12   the United States of America and shall be safely held by the United States of America until further
13   order of the Court.

14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
15   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
16   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
17   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
18   the name and contact information for the government attorney to be served with the petition,
19   pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

20   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
21   with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

22   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
23   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
24   following address at the time of filing:

25         Michael A. Humphreys
           Assistant United States Attorney
26         Daniel D. Hollingsworth

1  Assistant United States Attorney
   Lloyd D. George United States Courthouse
2  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this  23rd  day of  February , 2012.

_____
UNITED STATES DISTRICT JUDGE