FILED
JUN - 1 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON JOHNSON,<br>aka SPANK<br><br>Defendant. | 2:10-CR-585-RLH (PAL) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT BRANDON JOHNSON, aka SPANK

On February 23, 2012, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1); and Title 21, United States Code, Section 853(p), forfeiting property of defendant BRANDON JOHNSON, aka SPANK, to the United States of America. Indictment, ECF No. 1; Minutes of Change of Plea Proceeding, ECF No. 87; Plea Memorandum, ECF No. 88; Preliminary Order of Forfeiture, ECF No. 90.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 21, United States Code, Section 853(a)(1); and Title 21, United States Code, Section 853(p) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 90) is final as to defendant BRANDON JOHNSON, aka SPANK.

DATED this _1_ day of _June_, 2012.

_____
UNITED STATES DISTRICT JUDGE