UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:10-cr-585-RLH-VCF |
| vs. | ) | **O R D E R** |
| JORGE MONTES, | ) | (Motion for Reduction–#105) |
| Defendant. | ) | |

Before the Court is Defendant's Motion and Questionaire for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c) (#105, filed June 12, 2012), filed on a Northern District of Texas form, but filed in this Court.

Defendant, who was sentenced on March 2, 2012, provides no basis for relief under 18 U.S.C. §3582(c), or any other statute or rule, nor does he explain why he seeks a reduction of sentence.

IT IS THEREFORE ORDERED that Defendant's Motion and Questionaire for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c) (#105) is DENIED as being without merit or basis.

Dated: June 15, 2012.

_____
**Roger L. Hunt
United States District Judge**