# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-585-RLH-(PAL) |
| BRANDON JOHNSON, aka "Spank," | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On February 23, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Section 853(a)(1) and (p) based upon the plea of guilty by defendant BRANDON JOHNSON, aka "Spank," to a criminal offense, forfeiting specific property agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant BRANDON JOHNSON, aka "Spank," pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 87; Plea Memorandum, ECF No. 88; Preliminary Order of Forfeiture, ECF No. 90.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 26, 2012, through March 26, 2012, and notified all third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 95.

On January 9, 2013, Tara Stafford was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No.108, p. 2-15.

On January 9, 2013, Nina Scott was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 108, p. 16-29.

On October 18, 2013, La-Ninja Rockymore was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 108, p. 30-57.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); and Title 21, United States Code, Section 853(a)(1), (n)(7), and (p) and shall be disposed of according to law: an *in personam* criminal forfeiture money judgment of $13,800.00 in United States Currency, including:

    a.    $3,630.00 in United States Currency seized from defendant's residence on July 23, 2010 ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED this 11th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with a copy of the Final Order of Forfeiture on December 10, 2013, by the below identified method of service:

<u>CM/ECF:</u>

Michael Paul Kimbrell
Michael P. Kimbrell, LTD
523 S. 8th St.
Las Vegas, NV 89101-7002
mpkimbrell@aol.com
Attorney for Jorge Montes

Randall J. Roske
Law Office of Randall J. Roske
2055 W. Charleston Blvd., Ste. C
Las Vegas, NV 89102-2258
randallroske@yahoo.com
Attorney for Brandon Johnson

James A Oronoz
James A. Oronoz, Chtd.
700 S. Third St.
Las Vegas, NV 89101
jim@oronozlawyers.com
Attorney for Antoine Hall

Shawn R. Perez
Law Office of Shawn R. Perez
633 S. 4th St.
Las Vegas, NV 89101
Shawn711@msn.com
Attorney for Tarhain Woods

<u>Regular U.S. Mail</u>

Jorge Montes
PRO SE
45580-048 Reeves County Detention Center III
P.O. Box 2038
Pecos, TX 79772

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal

4